IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VERONIKA PINKERTON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV19 |
| | ) | |
| v. | ) | |
| | ) | |
| ALBERTO GONZALES, UNITED STATES DEPARTMENT OF JUSTICE, TOM RIDGE, GERARD HEINAUER, EVELYN UPCHURCH, LISA KEHL, and ROBERT GARRITY JR., | ) ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

The matter before the court is the plaintiff's Motion to Withdraw Mandamus Complaint, Filing No. 6. The court finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 24th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge